FRANKLIN J. LOVE, Bar #80334
LAW OFFICE OF FRANKLIN J. LOVE
800 S. Barranca Ave., Ste. 100
Covina, California 91723
(626)653-0455

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. | 01-CV-07443-HLH (Rzx) |
| Plaintiff, | **RENEWAL OF DEFAULT JUDGMENT BY CLERK** |
| vs. | |
| MARIA ELISA LOPEZ and MANUEL KENNETH LOPEZ individually and dba EL PORTALLIS BAR aka LAS POTRILLAS BAR, jointly and severally | |
| Defendant | |

Based upon the Application for Renewal of Judgment of the original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P. 639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on March 26, 2002 against defendant, **MARIA ELISA LOPEZ and MANUEL KENNETH LOPEZ individually and dba EL PORTALLIS BAR aka LAS POTRILLAS BAR, jointly and severally** is hereby renewed on the amounts set

forth below:

**RENEWAL OF MONEY JUDGMENT**

| | | |
|---|---|---:|
| a. | Total judgment | $11,200.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 11,200.00 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 11,200.00 |
| g. | Interest after judgment | 2,776.98 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **13,976.98** |

DATED: 03/26/12        Clerk by   Lori Muraoka, Deputy Clerk
                                  U.S. District Court