1  FRANKLIN J. LOVE, Bar #80334
2  LAW OFFICE OF FRANKLIN J. LOVE
   800 S. Barranca Ave., Ste. 100
3  Covina, California 91723
4  (626)653-0455

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENTERTAINMENT BY J&J, INC. ) | 01-CV-07443-HLH (Rzx) |
| ) | |
| Plaintiff, ) | **RENEWAL OF DEFAULT JUDGMENT** |
| vs. ) | **BY CLERK** |
| ) | |
| MARIA ELISA LOPEZ and MANUEL ) | |
| KENNETH LOPEZ individually ) | |
| and dba EL PORTALLIS BAR aka ) | |
| LAS POTRILLAS BAR, jointly ) | |
| and severally ) | |
| Defendant ) | |

Based upon the Application for Renewal of Judgment of the

original judgment, and pursuant to F.R.C.P. 69 (a) and C.C.P.

639.110 through 683.320 and good cause appearing, therefore:

The default judgment entered on March 26,2002 against

defendant, **MARIA ELISA LOPEZ and MANUEL KENNETH LOPEZ**

**individually and dba EL PORTALLIS BAR aka LAS POTRILLAS BAR,**

**jointly and severally** is hereby renewed on the amounts set

RENEWAL OF DEFAULT JUDGMENT
                                                    Case No. 01-CV-07443-HLH (RZx)

forth below:

**RENEWAL OF MONEY JUDGMENT**

| | | |
|---|---|---|
| a. | Total judgment | $11,200.00 |
| b. | Costs after judgment | 0.00 |
| c. | Attorney fees | 0.00 |
| d. | Subtotal (add a thru c) | 11,200.00 |
| e. | Credits after Judgment | 0.00 |
| f. | Subtotal (substract e from d) | 11,200.00 |
| g. | Interest after judgment | 2,776.98 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **13,976.98** |

DATED:____03/26/12_____          Clerk by_____Lori Muraoka, Deputy Clerk_____

                                    U.S. District Court

RENEWAL OF DEFAULT JUDGMENT
Case No. 01-CV-07443-HLH (RZx)